ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| American Systems Corporation ) | ASBCA No. 60084 |
| ) | |
| Under Contract No. N62583-08-D-0136 ) | |

APPEARANCES FOR THE APPELLANT:     Joseph G. Billings, Esq.
                                   Katherine B. Hill, Esq.
                                    Miles & Stockbridge P.C.
                                   Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                    Navy Chief Trial Attorney
                                   Anthony K. Hicks, Esq.
                                   Trial Attorney

ORDER OF DISMISSAL

Pursuant to the request of the parties in appellant's "Stipulation of Dismissal with Prejudice," dated 12 July 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated:  14 July 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60084, Appeal of American Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals